

Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
T +305 459 6500
F +305 459 6550

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2938160  Client / Matter No. 057127.000269

Court Appointed Cases  October 20, 2015
Washington, DC 20004

**SPECIAL E-DISCOVERY MASTER**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $11,376.00 |
| Less 10% Discount | ($1,706.40) |
| Other Charges | $17.04 |
| **Total Current Invoice** | **$9,686.64** |

Invoice No. 2938160                          Client / Matter No. 057127.000269

Court Appointed Cases                        October 20, 2015
Washington, DC  20004

For Professional Services Rendered Through October 20, 2015

**SPECIAL E-DISCOVERY MASTER**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 8/6/15 | A. Lindsay | 2.40 | Review pleadings and motions; prepare for and attend telephonic hearing |
| 8/11/15 | A. Lindsay | 3.40 | Prepare for and attend in-person hearing to resolve discovery disputes; begin drafting report of special master |
| 8/12/15 | A. Lindsay | 0.40 | Review and finalize revised list of search terms and custodians; correspond with parties regarding same |
| 8/14/15 | A. Lindsay | 0.30 | Attention to correspondence from counsel regarding status of computers |
| 8/19/15 | A. Lindsay | 1.70 | Correspond with parties; review and analyze deposition transcripts and prepare for hearing; conduct hearing on objection to searching and producing Solorzano data |
| 8/28/15 | A. Lindsay | 0.30 | Status conference |
| 9/3/15 | A. Lindsay | 1.20 | Review and analyze defendants' correspondence and convene hearing on search term issues |
| 9/4/15 | A. Lindsay | 0.30 | Correspond with parties regarding redaction issues |
| 9/8/15 | A. Lindsay | 0.20 | Receipt, review and respond to incoming correspondence from plaintiff regarding production issues |
| 9/15/15 | A. Lindsay | 0.70 | Prepare for and attend status conference |
| 9/16/15 | A. Lindsay | 1.30 | Review parties' submissions; research statistically appropriate sampling sizes; prepare for and convene hearing on sampling |
| 9/17/15 | A. Lindsay | 0.60 | Review, analyze, and respond to correspondence from counsel regarding production status and affidavit; review and correspond regarding Group IV tiff issue |
| 9/20/15 | A. Lindsay | 1.30 | Review recent correspondence; research on Group IV tiff compatibility; convene telephonic status hearing; attention to report to Court |
| 9/21/15 | A. Lindsay | 1.70 | Re-review applicable correspondence; draft, edit, proofread, and file Second Report to Court |

**Professional Services**                                          $11,376.00

Less 15% Discount                                                  ($1,706.40)

**Total for Professional Services**                                 $9,669.60

Other Charges

| | |
|---|---:|
| Telephone - READYTALK CONFERENCING SERVICE | 15.64 |
| Searches/research - PACER SERVICE CENTER | 1.40 |

**Total for Other Charges** $17.04

**TOTAL CURRENT INVOICE** $9,686.64

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| A. Lindsay | $720.00 | 15.80 | $11,376.00 |
| Total All Timekeepers | | 15.80 | $11,376.00 |

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through October 20, 2015.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2938160 | 10/20/15 | 9,669.60 | 17.04 | 9,686.64 | 0.00 | | 9,686.64 |
| Total | | 9,669.60 | 17.04 | 9,686.64 | 0.00 | | 9,686.64 |