UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-cv-23193-UU

QUANTUM CAPITAL, LLC,

    Plaintiff,

v.

BANCO DE LOS TRABAJADORES, *et al.*,

    Defendants.

_____/

**ORDER AUTHORIZING ENTRY INTO COURTHOUSE**

THIS CAUSE comes before thes Court upon Defendant's Motion for Authorization to Enter the Courthouse, D.E. 246, filed April 4, 2016.

THE COURT has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion is GRANTED, as follows:

1. Defendant's Guatemalan counsel, Carlos Enrique Reynoso Poitevin, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

2. Defendant's Guatemalan counsel, Carlos Enrique Reynoso Gil, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

3. Defendant's Corporate Representative, Edgar Banjamin Arriaza Acevedo, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

4. Defendant's Corporate Representative, Alba Virginia Marisol Garcia Escobar, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

5. Defendant's witness, Ronald Garcia, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

6. Defendant's witness, Jose Antonio Rocca, is authorized to enter the Courthouse using Guatemalan passport for the remainder of the trial in this matter.

DONE AND ORDERED in Chambers, Miami, Florida, this 5TH day of April, 2016.

*(signed)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record; United States Marshall