UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-23193-UU

QUANTUM CAPITAL, LLC,

      Plaintiff,

v.

BANCO DE LOS TRABAJADORES,

      Defendant.

_____/

## ORDER ON PLAINTIFF'S MOTION TO STRIKE

THIS CAUSE came before the Court on Plaintiff's Motion to (I) Strike New Arguments Raised in BANTRAB's Replies in Support of its Post-Trial Motions or, in the Alternative, for Leave to File Sur-Reply to Address Them; and (II) for Leave to File Sur-Reply to Address New Trial Transcript Citations in BANTRAB's Replies in Support of its Post-Trial Motions Not Included in BANTRAB's Motions, D.E. 329, filed June 24, 2016.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. On June 3, 2016, the Court granted Defendant a 15-day extension of time, from June 3, 2016 to June 20, 2016, to file its: (1) Reply to Plaintiff's Response in Opposition to BANTRAB's Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59 and Supporting Memorandum of Law (D.E. 302); (2) Reply to Plaintiff's Response in Opposition to BANTRAB's Motion for Judgment as a Matter of Law (D.E. 301); and (3) Reply to Plaintiff's Response in Opposition to BANTRAB's Motion for Relief From Judgment Pursuant to Federal Rule of Civil Procedure 60(b) (D.E. 300). D.E. 312. The Court granted Defendant's Motion on grounds that Defendant received the trial transcript in this matter on June

1, 2016, and that it would be useful to review Defendant's post-trial motions with citations to the trial transcripts supporting Defendant's position. *Id.*

In the instant Motion, Plaintiff moves strike Defendant's Replies or, alternatively to file a sur-reply, on grounds that Defendant raised new arguments in its Reply that were not in Defendant's initial post-trial motions. D.E. 329. While the Court does not believe that Defendant raised wholly new arguments in its Replies which warrant striking these filings, it will permit Plaintiff to file sur-replies in response Defendant's three post-trial Reply briefs. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion, D.E. 329, is GRANTED IN PART and DENIED IN PART. Plaintiff SHALL file a sur-reply to each of Defendant's three post-trial Reply briefs no later than **Tuesday, <u>July 5, 2016</u>**. **<u>The sur-replies SHALL be no more than ten (10) pages in length.</u>**

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of June, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf